No. 19-60133

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

JOSEPH THOMAS; VERNON AYERS; MELVIN LAWSON,

*Plaintiffs – Appellees*

v.

PHIL BRYANT, Governor of the State of Mississippi, all in the official capacities of their own offices and in their official capacities as members of the State Board of Election Commissioners; DELBERT HOSEMANN, Secretary of State of the State of Mississippi, all in the official capacities of their own offices and in their official capacities as members of the State Board of Election Commissioners,

*Defendants – Appellants*
_____

On Appeal from the United States District Court for the Southern District of Mississippi; USDC No. 3:18-cv-00441-CWR-FKB

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE FOR REHEARING OR REHEARING EN BANC

Michael B. Wallace (MSB #6904)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
mbw@wisecarter.com
cec@wisecarter.com

Tommie S. Cardin (MSB #5863)
B. Parker Berry (MSB #104251)
BUTLER SNOW LLP
1020 Highland Colony Park, Suite 1400
Ridgeland, Mississippi 39157
tommie.cardin@butlersnow.com
parker.berry@butlersnow.com

*Counsel for Appellants*

COME NOW, Governor Phil Bryant and Secretary Delbert Hosemann, in their official capacities of their offices held and as members of the State Board of Election Commissioners (the "Defendants"), and would show the Court the following:

1. On August 1, 2019, a majority of the Court's merits panel assigned to this appeal issued a two-page decision affirming the district court's judgment without discussion, but instructing that detailed opinions will follow. On the same date, the Clerk of the Court issued a Memorandum to Counsel announcing that the Court had entered judgment in this appeal under Fed. R. App. P. 36, thereby commencing the fourteen (14) day rehearing and rehearing en banc deadline.

2. However, because the merits panel's decision was split and opinions are still forthcoming, Defendants are not readily able or capable of adequately determining whether to seek rehearing or rehearing en banc within the current fourteen day deadline, which is set to expire on August 15, 2019.

3. Therefore, pursuant to Fed. R.s App. P. 35(c) and 40(a)(1) and 5th Cir. R. 27, Defendants respectfully move this Court to timely extend the deadline herein to file a petition for rehearing or rehearing en banc to fourteen (14) days after the issuance of the merits opinions in this appeal, and to grant any such other relief as may be appropriate under the circumstances. Plaintiffs-Appellees do not oppose this motion.

Respectfully submitted, this the 7th day of August, 2019.

*s/ Tommie S. Cardin*
TOMMIE S. CARDIN (MSB #5863)
B. PARKER BERRY (MSB #104251)
BUTLER SNOW LLP
Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: (601) 985-4570
Fax: (601) 985-4500
E-mail: tommie.cardin@butlersnow.com
E-mail: parker.berry@ butlersnow.com

MICHAEL B. WALLACE (MSB #6904)
CHARLES E. COWAN (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, MS 39205-0651
(601) 968-5534
mbw@wisecarter.com

*Attorneys for Defendants-Appellants*

# CERTIFICATE OF SERVICE

I, Tommie S. Cardin, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

This the 7th day of August, 2019.

*s/ Tommie S. Cardin*
TOMMIE S. CARDIN

48727470.v1