No. 19-60133

# In the United States Court of Appeals for the Fifth Circuit

Joseph Thomas; Vernon Ayers; Melvin Lawson,
*Plaintiffs-Appellees*,

v.

Phil Bryant, Governor of the State of Mississippi, all in the official capacities of their own offices and in their official capacities as members of the State Board of Election Commissioners; Delbert Hosemann, Secretary of State of the State of Mississippi, all in the official capacities of their own offices and in their official capacities as members of the State Board of Election Commissioners,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the Southern District of Mississippi

**UNOPPOSED MOTION OF THE STATES OF TEXAS AND LOUISIANA AS AMICI CURIAE FOR DIVIDED ARGUMENT AND FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

The State of Texas and the State of Louisiana, as amici curiae, respectfully request permission to participate in the oral argument of this case before the en banc Court on January 22, 2020. Defendants-Appellants have agreed to share five minutes of their thirty-minute argument with the undersigned counsel for the amici States. Granting this motion would therefore not require the Court to enlarge the time for argument. Plaintiffs-Appellees do not oppose this motion.

This appeal concerns a challenge to the State of Mississippi's apportionment plan for the Mississippi Senate under section 2 of the Voting Rights Act, 52 U.S.C. § 10301. The parties' arguments regarding the availability of equitable relief in circumstances like those of this case are important to the amici States.

As this Court is aware, the States of Texas and Louisiana frequently litigate challenges to electoral districts under the Voting Rights Act in federal court. The participation of amici at oral argument is likely to assist the Court because the amici States' experience provides broader perspective on the appropriate role of equitable principles, including laches, in challenges to state election laws. Participation of amici at oral argument would thereby assist the Court in considering resolution of this appeal based on one of the multiple issues presented by the parties.

## Conclusion

The Court should allow Defendant-Appellants to divide their argument time and grant the States of Texas and Louisiana as amici curiae leave to use five of their thirty minutes.

Respectfully submitted.

Ken Paxton
Attorney General of Texas

Jeffrey C. Mateer
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Kyle D. Hawkins
Solicitor General

/s/ Matthew H. Frederick
Matthew H. Frederick
Deputy Solicitor General
Matthew.Frederick@oag.texas.gov

Abigail M. Frisch
Bethany C. Spare
Assistant Attorneys General

Counsel for Amici Curiae

### Certificate of Conference

Undersigned counsel hereby certifies that on December 10, 2019, counsel for amici curiae the States of Texas and Louisiana conferred with counsel for Plaintiffs-Appellants regarding this motion to participate in oral argument. On December 11, 2019, counsel for Plaintiffs-Appellants advised that they do not oppose the motion. Undersigned counsel further certifies that on December 5, 2019, counsel for amici curiae conferred with counsel for Defendants-Appellants regarding this motion and the proposed division of Defendants-Appellants' argument time. On December 9, 2019, counsel for Defendants-Appellants advised that they consent to the motion.

/s/ Matthew H. Frederick
Matthew H. Frederick

### Certificate of Service

Undersigned counsel hereby certifies that on December 11, 2019, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Matthew H. Frederick
Matthew H. Frederick

### Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 242 words, excluding the parts

of the motion exempted by Rules 27(a)(2)(B) and 32(f); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Matthew H. Frederick
MATTHEW H. FREDERICK